# United States Court of Appeals for the Tenth Circuit
## OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

Elisabeth A. Shumaker
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 19 2006

GREGORY C. LANGHAM
CLERK

January 19, 2006

Mr. Edwin Mark Ackerman
Buena Vista Correctional Facility
#87741
P.O. Box 2017
Buena Vista, CO 81211-2017

Mr. John W. Suthers
Attorney General
State of Colorado
Department of Law
1525 Sherman Street, 5th Floor
Denver, CO 80203

Re:   05-1477, In Re:Edwin Ackerman
      Dist/Ag docket:  04-cv-1082-EWN (OES)

Dear Mr. Ackerman and Counsel:

Enclosed is a copy of an order entered today in this case.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk, Court of Appeals

By: [signature]
Deputy Clerk

clk:afw
Enclosure

cc:   Gregory C. Langham, Clerk

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

In re: EDWIN MARK ACKERMAN,

Petitioner.

No. 05-1477
(D.C. No. 04-cv-1082-EWN (OES))

ORDER

Filed January 19, 2006

The captioned petition for writ of mandamus is dismissed for lack of prosecution pursuant to 10th Cir. R. 42.1.

Entered for the Court
ELISABETH A. SHUMAKER, Clerk

by: *[signature]*
Deputy Clerk